**Kyung Hee PARK, a/k/a Maria Kim, Plaintiff—Appellant,**

v.

**Suk–Ku LIM; New York Life Insurance Company, Defendants—Appellees.**

No. 06–2243.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2007.

Decided: Nov. 30, 2007.

Kyung Hee Park, Appellant Pro Se. Robert Emery Draim, Hudgins Law Firm, Alexandria, Virginia; Jennifer Eileen Dure, Holland & Knight, LLP, McLean, Virginia, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyung Hee Park appeals the district court's order dismissing her complaint alleging civil violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 (2000), *et seq.* We have reviewed the record and find no reversible error.* Accordingly, we affirm for the

---

* Appellees have filed motions to strike Park's reply brief. Because Park's reply brief merely repeats her earlier claims and addresses matters that were not included in her informal brief, we grant Appellees' motions to strike. *See* 4th Cir. R. 34(b).

608

reasons stated by the district court. *See Park v. Lim*, No. 1:06–cv–00569–GBL (E.D.Va. May 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*